1  Nancy L. Stagg (SBN 157034)
   FISH & RICHARDSON P.C.
2  12390 El Camino Real
   San Diego, California 92130
3  Telephone: (858) 678-4735
   Facsimile:  (858) 678-5099
4
   (Pro Hac Vice Applications TBD)
5  Stephen E. Fox
   Elizabeth M. Bedell
6  FISH & RICHARDSON P.C.
   1717 Main Street, Suite 5000
7  Dallas, Texas 75201
   Telephone: (214) 747-5070
8  Facsimile: (214) 747-2091

9  Attorneys for Defendant,
   CHI MANAGEMENT GROUP, L.P.
10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13  MIKAEL TJUATJA,                    Case No. 08-0896-EMC

14          Plaintiff,
                                       **PROOF OF SERVICE**
15      v.

16  CHI MANAGEMENT GROUP, L.P. SHORT
    AND LONG TERM DISABILITY PLAN,    Original Complaint Filed February 11, 2008
17
            Defendant.
18

-1-

# PROOF OF SERVICE

I am employed in the County of San Diego, my business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On April 30, 2008, I served a copy of the following document(s):

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

Richard A. Stavin, Esq.                     Attorney for Plaintiff
Stain & Associates
21031 Ventura Boulevard, 12th Floor
Woodland Hills, California 91364
Phone: (818) 348-8464
Facsimile: (818) 348-8465

☐ **PERSONAL:**   Such envelope was delivered by hand to the offices of the addressee.

☐ **FACSIMILE:**   Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

☐ **FEDERAL EXPRESS:**   Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express.

☒ **CM/ECF:**   Such document(s) were sent via electronic mail through the Case Management/Electronic Case File System with the U.S. District Court for the Northern District of California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 30, 2008 at San Diego, California.

/s/ Janet L Langrehr
Janet Langrehr

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 30, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

    /s/ Nancy L. Stagg
Nancy L. Stagg
stagg@fr.com

Attorneys for Defendant,
CHI MANAGEMENT GROUP, L.P.

-3-