1 | Nancy L. Stagg (SBN 157034)
FISH & RICHARDSON P.C.
2 | 12390 El Camino Real
San Diego, California 92130
3 | Telephone: (858) 678-4735
Facsimile: (858) 678-5099
4
(Pro Hac Vice Applications TBD)
5 | Stephen E. Fox
Elizabeth M. Bedell
6 | FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
7 | Dallas, Texas 75201
Telephone: (214) 747-5070
8 | Facsimile: (214) 747-2091

9 | Attorneys for Defendant,
CHI MANAGEMENT GROUP, L.P.
10

11 | **UNITED STATES DISTRICT COURT**

12 | **NORTHERN DISTRICT OF CALIFORNIA**

13 | MIKAEL TJUATJA,                          Case No. 08-0896-EMC

14 |              Plaintiff,                   **CHI MANAGEMENT GROUP, L.P.'s**
                                             **CERTIFICATION OF INTERESTED**
15 |         v.                               **ENTITIES OR PERSONS**

16 | CHI MANAGEMENT GROUP, L.P. SHORT
AND LONG TERM DISABILITY PLAN,
17
              Defendant.
18

19 |         Pursuant to Local Rule 3-16, Defendant CHI Management Group, L.P., mis-named as CHI

20 | Management Group, L.P. Short and Long Term Disability Plan, ("CHI" or "Defendant") submits

21 | this Certification of Interested Entities or Persons as follows:

22 |         CHI certifies that there are no persons, associations of persons, firms, partnerships,

23 | corporations (including parent corporations), or other entities other than the parties themselves

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

1    known by the party to have either: (i) a financial interest (of any kind) in the subject matter in

2    controversy or in a party to the proceeding; or (ii) of any kind of interest that could be substantially

3    affected by the outcome of the proceeding.

4

5    Dated:  May 14, 2008                          Respectfully submitted,

6                                                  FISH & RICHARDSON P.C.

7

8                                          By:  s/Nancy L. Stagg

9                                               Nancy L. Stagg
                                                stagg@fr.com

10                                              Attorneys for Defendant,
11                                              CHI Management Group, L.P.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am employed in the County of San Diego, my business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On May 14, 2008, I served a copy of the following document(s):

**CHI MANAGEMENT GROUP, L.P.'s**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

Timothy J. Fricker
Tribune Tower                                          Attorney for Plaintiff
409 13th Street, 17th Floor
Oakland, CA 94612
Telephone: (510) 663-8484
Facsimile: (510) 663-0639

| | | |
|---|---|---|
| ☐ | **MAIL:** | Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business. |
| ☐ | **PERSONAL:** | Such envelope was delivered by hand to the offices of the addressee. |
| ☐ | **FACSIMILE:** | Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. |
| ☐ | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |
| XX | **CM/ECF:** | Such document(s) were sent via electronic mail through the Case Management/Electronic Case File System with the U.S. District Court for the Northern District of California. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 14, 2008 at San Diego, California.

Janet Langrehr