1  Nancy L. Stagg (SBN 157034)
   FISH & RICHARDSON P.C.
2  12390 El Camino Real
   San Diego, California 92130
3  Telephone: (858) 678-4735
   Facsimile:  (858) 678-5099
4
   (*Pro Hac Vice* Application Pending)
5  Stephen E. Fox
   FISH & RICHARDSON P.C.
6  1717 Main Street, Suite 5000
   Dallas, Texas 75201
7  Telephone: (214) 747-5070
   Facsimile: (214) 747-2091
8
   Attorneys for Defendant,
9  CHI MANAGEMENT GROUP, L.P.

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13 | MIKAEL TJUATJA,                       | Case No. 08-0896-EMC  MMC
14 |                Plaintiff,             | APPLICATION FOR
   |                                       | ADMISSION OF ATTORNEY
15 |   v.                                  | *PRO HAC VICE*
16 | CHI MANAGEMENT GROUP, L.P. SHORT      | FILE BY FAX
   | AND LONG TERM DISABILITY PLAN,        |
17 |                                       |
   |                Defendant.             |
18

19       Pursuant to Civil L.R. 11-3, Stephen E. Fox, an active member in good standing of the bar

20  of the State of Texas, hereby applies for admission to practice in the Northern District of California

21  on a *pro hac vice* basis representing CHI Management Group, L.P. in the above-entitled action.

22       In support of this application, I certify on oath that:

23       1.     I am an active member in good standing of a United States Court or of the highest

24              court of another State or the District of Columbia, as indicated above;

25       2.     I agree to abide the Standards of Professional Conduct set forth in Civil Local Rule

26              11-4, to comply with General Order No. 45, Electronic Case Filing, and to become

27              familiar with the Local Rules and the Alternative Dispute Resolution programs of

28              this Court; and

-1-

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No.: 08-0896-EMC

| | | |
|---|---|---|
| 1 | 3. | An attorney who is a member of the bar of this Court in good standing and who |
| 2 | | maintains an office within the State of California has been designated as co-counsel |
| 3 | | in the above-entitled action. The name, address and telephone number of the |
| 4 | | attorney is Nancy L. Stagg, Fish & Richardson P.C., 12390 El Camino Real, San |
| 5 | | Diego, California 92130, (858) 678-4735. |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____May 19, 2008_____            _____/s/ Stephen E. Fox_____
                                                          Stephen E. Fox

///

///

Dated: May 19, 2008                Respectfully submitted,

                                   FISH & RICHARDSON P.C.


                                   By: s/Nancy L. Stagg
                                       Nancy L. Stagg
                                       stagg@fr.com

                                   Attorneys for Defendant,
                                   CHI Management Group, L.P.

## PROOF OF SERVICE

I am employed in the County of San Diego, my business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On May 20, 2008, I served a copy of the following document(s):

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

Timothy J. Fricker
Tribune Tower                           Attorney for Plaintiff
409 13th Street, 17th Floor
Oakland, CA 94612
Telephone: (510) 663-8484
Facsimile: (510) 663-0639

| | | |
|---|---|---|
| [ ] | **MAIL:** | Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business. |
| [ ] | **PERSONAL:** | Such envelope was delivered by hand to the offices of the addressee. |
| [ ] | **FACSIMILE:** | Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. |
| [ ] | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |
| [XX] | **CM/ECF:** | Such document(s) were sent via electronic mail through the Case Management/Electronic Case File System with the U.S. District Court for the Northern District of California. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 20, 2008 at San Diego, California.

_____
Janet Langrehr

-3-

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No.: 08-0896-EMC