1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

### Northern District of California

10   Tjuatja,                                    08-00896 MMC MED

11              Plaintiff(s),          **Notice of Appointment of Mediator**

12        v.

13   Chi Management Group LP Short and

14   Long Term Disabi,

15              Defendant(s).

16   TO COUNSEL OF RECORD:

17        The court notifies the parties and counsel that the Mediator assigned to this case

18   is:

19                              **James P. Baker**
                                Jones Day
20                              555 California St., 26th Fl.
                                San Francisco, CA 94104-1500
21                              415-875-5721

22        Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

23   governs the Mediation program.  The mediator will schedule a joint phone conference

24   with counsel under ADR L.R. 6-6 and will set the date of the mediation session within

25   the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

26   The court permits the mediator to charge each party its pro rata share of the cost of the

27   phone conference.

28

**Notice of Appointment of Mediator**
08-00896 MMC MED                        - 1 -

United States District Court
Northern District of California

United States District Court
Northern District of California

1    Counsel are reminded that the written mediation statements required by the ADR

2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: May 22, 2008

5                                                    RICHARD W. WIEKING
                                                     Clerk
6                                                    by:    Alice M. Fiel

7

8  _____
                                                     ADR Case Administrator
9                                                    415-522-3148
                                                     Alice_Fiel@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of Appointment of Mediator**
08-00896 MMC MED                        - 2 -