IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKAEL TJUATJA,<br><br>　　Plaintiff,<br><br>　v.<br><br>CHI MANAGEMENT GROUP, L.P. SHORT AND LONG TERM DISABILITY PLAN,<br><br>　　Defendant.<br>_____/ | No. C-08-0896 MMC<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

　　The Court is in receipt of defendant's "Request to Attend Initial Case Management Conference by Telephone," filed June 11, 2008. Good cause appearing, the request is hereby GRANTED. Counsel for all parties shall appear by telephone at the June 20, 2008 Case Management Conference.

　　**IT IS SO ORDERED.**

Dated: June 12, 2008

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge