**CIVIL MINUTES**

E-filing

Judge **MAXINE M. CHESNEY**

Date: JUN 2 0 2008

C - 08 - 0896 - MMC

_MIKAEL TJVATJA_ v _CHI MANAGEMENT GROUP_

Attorneys: _JAMES MELLEN_   _STEPHEN FOX_

Deputy Clerk: **TRACY LUCERO**   Reporter: _NOT REPORTED_

**PROCEEDINGS:**   **RULING:**

1. _____   _____

2. _____   _____

3. _____   _____

4. _____   _____

( ) Status Conference   ( ) P/T Conference   (✓) Case Management Conference — INITIAL (BY PHONE)

**ORDERED AFTER HEARING:**

π to file motion by 1/30/09; opposition due 2/20/09; reply due 3/6/09, sur-reply due by 3/13/09. Further Case Management Conference set for 5/29/09 @ 10:30 AM, Joint Statement due 5/22/09.

( ) ORDER TO BE PREPARED BY:   Plntf____  Deft____  Court____

( ) Referred to Magistrate For: _____
     ( ) By Court
(✓) CASE CONTINUED TO _3/27/09 @ 9:00_ for _Hearing on π's motion for Judgment or Summary Judgment_

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for ____ days
           Type of Trial: ( ) Jury   ( ) Court
Notes: _____

(20 min)