# FISH & RICHARDSON P.C.

1717 MAIN STREET
SUITE 5000
Dallas, TX 75201

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Telephone
214-747-5070

Facsimile
214-747-2091

July 10, 2008

Web Site
www.fr.com

*Via Federal Express*

Stephen E. Fox
214 292-4060

Email
sfox@fr.com

Honorable Maxine Chesney
United States District Judge
450 Golden Gate Ave.
Courtroom 7, 19th Floor
San Francisco, CA 94102



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re:     *Mikael Tjuatja v. CHI Management Group, L.P.*; Cause No. 08-0896;
United States District Court, Northern District of California

Dear Judge Chesney:

Pursuant to ADR Local Rule 6-9(d), I write on behalf of Defendant CHI Management Group, L.P. ("CHI") to respectfully request permission for representatives of my client to participate in the mediation of the above-referenced matter by telephone, rather than attending in person.

This matter involves a dispute over the denial of Plaintiff Mikael Tjuatja's claim for benefits under CHI's Self-Insured Short-Term Disability Plan. While Mr. Tjuatja believes that he has met the requirements to receive benefits from the Plan, the Plan Administrator disagreed and, accordingly, denied his claim for benefits. Under the facts known to CHI at this time, it believes that the realistic amount in controversy in this case is significantly less than $75,000.

Mediation is set to convene at the offices of Jones Day in San Francisco, California, on July 29, 2008 from 9:00 a.m. to 1:00 p.m. (PDT). While I have made arrangements to attend the conference in person on behalf of CHI, the attendance of CHI's corporate representative and the corporate representative of the insurer of its long-term disability plan, Unum Life Insurance Company of America, would impose an extraordinary and unjustifiable hardship for the following reasons:

CHI's representative is Carole DeMarco, its Associate General Counsel. CHI is a large company with over 17,000 employees, but with only two in-house attorneys. Ms. DeMarco is one of the two attorneys in the company's Legal Department, which is located in Plano, Texas. It is CHI's practice that both attorneys cannot be out of the office at the same time. During the week of July 28, CHI's General Counsel will be out of the office, and CHI is scheduled to close on a large corporate transaction, which necessitates the presence of at least one of its in-house

90291231.doc; 17888-013LL1

FISH & RICHARDSON P.C.

Honorable Maxine Chesney
July 10, 2008
Page 2

counsel. Therefore, requiring Ms. DeMarco to travel to California to attend the mediation in California during the week of July 28 would impose an extraordinary hardship on CHI. Ms. DeMarco is, however, available to participate in the mediation by telephone.

Although Unum is not a named party, the mediator has requested its participation on the basis that its approval may be necessary to achieve a full settlement of Mr. Tjuatja's claims.[1] Unum's representative is Donald Sapala, its Vice President and Managing Counsel. Mr. Sapala lives and works in Chattanooga, Tennessee (where Unum is located). Mr. Sapala's daughter is traveling to Chattanooga from New York on July 29, so he must be in Chattanooga during the afternoon/early evening to meet his daughter. Given his prior family commitments and the small amount in controversy in this case, requiring Mr. Sapala to travel to California to attend the mediation in person would pose an unjustifiable hardship. Mr. Sapala is, however, available to participate in the mediation by telephone from 9:00 a.m. to 1:00 p.m. (PDT), as scheduled.[2]

I have conferred with Plaintiff's counsel, Timothy Fricker, concerning this matter, and Mr. Fricker indicated that he is not opposed to this request.

I appreciate the Court's consideration of this request. If the Court wishes to discuss this matter in more detail, please let me know, and I will contact Mr. Fricker to arrange for a conference with the Court.

Very truly yours,

Stephen E. Fox

SEF/emb

---

[1] CHI's Short-Term Disability Plan is self-funded, but its Long-Term Disability Plan is underwritten by Unum. Thus, Unum's potential liability relates only to Mr. Tjuatja's argument that if he succeeds in reversing the denial of his application for short-term disability benefits, he may be eligible for long-term disability benefits (which CHI vigorously disputes).

[2] Because Mr. Sapala is traveling out of the office due to prior commitments from July 14-25 and because of scheduling conflicts of counsel, this was the only date prior to the July 30 mediation deadline upon which the parties could convene the mediation.

FISH & RICHARDSON P.C.

Honorable Maxine Chesney
July 10, 2008
Page 3


cc:   ADR Unit – U.S. District Court          *Via U.S. Mail*
      450 Golden Gate Avenue
      San Francisco, CA 94102

      Timothy J. Fricker, Esq.                *Via Electronic Mail*
      Fricker & Mellen & Associates
      Tribune Tower
      409 13th Street, 17th Floor
      Oakland, CA 74612

      James P. Baker, Esq.                     *Via Electronic Mail*
      Jones Day
      555 California Street, 26th Floor
      San Francisco, CA 94104

1
2
3
4
5
6
7
8                            **UNITED STATES DISTRICT COURT**

9                          **NORTHERN DISTRICT OF CALIFORNIA**

10

11   MIKAEL TJUATJA,                              Case No. 08-0896-MMC

12                    Plaintiff,
                                                  **[PROPOSED] ORDER GRANTING**
13          v.                                    **DEFENDANT'S REQUEST TO BE**
                                                  **EXCUSED FROM ATTENDING IN**
14   CHI MANAGEMENT GROUP, L.P. SHORT             **MEDIATION IN PERSON**
     AND LONG TERM DISABILITY PLAN,
15
                      Defendant.
16

17          The Court is in receipt of Defendant's request that the client representative of Defendant

18   CHI Management Group, L.P. and the representative of the insurer of its Long-Term Disability

19   Plan, Unum Life Insurance Company of America, be permitted to participate in the mediation of

20   this matter, which is scheduled for July 29, 2008, by telephone, rather than attending in person. The

21   Court notes that Plaintiff's counsel is not opposed to this request. Good cause appearing, the

22   request is GRANTED.

23          IT IS HEREBY ORDERED THAT the representatives for Defendant CHI Management

24   Group, L.P. and for Unum Life Insurance Company of America are excused from attending in the

25   mediation in person and may, instead, participate by telephone.

26

27   Dated: _____          _____
                                                  Honorable Judge Presiding
28