UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKAEL TJUATJA,<br><br>          Plaintiff,<br><br>v.<br><br>CHI MANAGEMENT GROUP, L.P. SHORT AND LONG TERM DISABILITY PLAN,<br><br>          Defendant. | Case No. 08-0896-MMC (WDB)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO BE EXCUSED FROM ATTENDING IN MEDIATION IN PERSON |

    The Court is in receipt of Defendant's request that the client representative of Defendant CHI Management Group, L.P. and the representative of the insurer of its Long-Term Disability Plan, Unum Life Insurance Company of America, be permitted to participate in the mediation of this matter, which is scheduled for July 29, 2008, by telephone, rather than attending in person. The Court notes that Plaintiff's counsel is not opposed to this request. Good cause appearing, the request is GRANTED.

    IT IS HEREBY ORDERED THAT the representatives for Defendant CHI Management Group, L.P. and for Unum Life Insurance Company of America are excused from attending in the mediation in person and may, instead, participate by telephone.

Dated: 7-17-08

*/s/ Wayne D. Brazil*
~~Honorable Judge Presiding~~
Wayne D. Brazil
United States Magistrate Judge