# JONES DAY

555 CALIFORNIA STREET, 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE: (415) 626-3939 • FACSIMILE: (415) 875-5700

Direct Number: (415) 875-5721
jpbaker@jonesday.com

**VIA EMAIL**

July 29, 2008

Timothy J. Fricker
James Gerald Mellen
Fricker & Mellen & Associates
409 – 13th Street, 17th Floor
Oakland, CA 94612

Nancy L. Stagg
Steven E. Fox
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, CA 92130

Re: *Tjuatja v. Chi Management Group LP Short and Long Term Disability Plan*
USDC N.D. Cal. Case No. 08-0896 MMC

Dear Counsel:

This will confirm that the mediation in the above-referenced matter has been continued for further briefing on two issues.

The parties' deadlines for exchange of supplemental briefs is as follows:

Plaintiff's brief is due on August 12, 2008

Defendant's brief is due on August 22, 2008

A telephonic hearing will be held on August 27, 2008 commencing at 1:00 p.m. Pacific time. For your convenience, I have arranged for a toll free dial in number – 866.448.1308. Your Participant Code for this call is 57008728.

If you have any questions regarding this matter, please feel free to contact me.

Very truly yours,

James P. Baker

cc: Alice M. Fiel, Clerk's Office-ADR Unit

SFI-588626v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON