**FILED**

AUG 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| Tjuatja, | No. C 08-00896 MMC MED |
|---|---|
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Chi Management Group LP Short and Long Term Disabi, | |
| Defendant(s). | |

_Instructions_: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _July 29, 2008_

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☒ phone discussions expected by (date) _8/27/08 @ 1:00 pm (Pacific)_
   _Briefs due in advance: Plaintiff 8/12/08_
   _Defendant 8/22/08_
   ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☐ YES   ☒ NO

Dated: _7/29/08_

_[signature]_
Mediator, James P. Baker
Jones Day
555 California St., 26th Fl.
San Francisco, CA 94104-1500

**Certification of ADR Session**
08-00896 MMC MED