IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKAEL TJUATJA,<br><br>            Plaintiff,<br><br>    v.<br><br>CHI MANAGEMENT GROUP, L.P. SHORT AND LONG TERM DISABILITY PLAN,<br><br>            Defendant<br>_____/ | No. C-08-0896 MMC<br><br>**ORDER VACATING MARCH 27, 2009 HEARING** |

    Before the Court is plaintiff Mikael Tjuatja's Motion for Summary Judgment, filed January 28, 2009, as amended February 5, 2009, and defendants Chi Management Group, L.P. Short Term Disability Plan and Chi Management Group, L.P. Long Term Disability Plan's Cross-Motion for Summary Judgment, filed February 20, 2009.  Both motions have been fully briefed.  Having read and considered the parties' respective submissions, the Court finds the matters suitable for decision on the papers submitted and VACATES the hearing scheduled for March 27, 2009.

    **IT IS SO ORDERED.**

Dated: March 25, 2009

                                        MAXINE M. CHESNEY<br>                                        United States District Judge