MAR 24 PM 2:U

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKAEL TJUATJA, <br><br> Plaintiff, <br><br> v. <br><br> CHI MANAGEMENT GROUP, L.P. SHORT AND LONG TERM DISABILITY PLAN, <br><br> Defendant. | Case No. 08-0896-MMC <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

John C. C. Sanders, Jr., an active member in good standing of the bar of the State of Texas and United States District Court Northern District of Texas, whose address and telephone number is 1717 Main Street, Ste. 5000, Dallas, Texas 75201 and (214) 760-6160, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant CHI Management Group, L.P.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

IT IS SO ORDERED.

Dated: March 26, 2009

/s/ Maxine M. Chesney
Honorable Maxine M. Chesney
United States District Court Judge

-1-
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case No. 08-0896-MMC