| | |
|---|---|
| 1 | Nancy L. Stagg (SBN 157034) |
|   | stagg@fr.com |
| 2 | FISH & RICHARDSON P.C. |
|   | 12390 El Camino Real |
| 3 | San Diego, California 92130 |
|   | Telephone: (858) 678-4735 |
| 4 | Facsimile:  (858) 678-5099 |
| | |
| 5 | Stephen E. Fox (admitted pro hac vice) |
|   | sfox@fr.com |
| 6 | John C.C. Sanders, Jr. (admitted pro hac vice) |
|   | jsanders@fr.com |
| 7 | FISH & RICHARDSON P.C. |
|   | 1717 Main Street, Suite 5000 |
| 8 | Dallas, Texas 75201 |
|   | Telephone:  (214) 747-5070 |
| 9 | Facsimile:  (214) 747-2091 |
| | |
| 10 | Attorneys for Defendants |
|    | CHI MANAGEMENT GROUP, L.P. |
| 11 | SHORT TERM DISABILITY PLAN AND |
|    | CHI MANAGEMENT GROUP, L.P. |
| 12 | LONG TERM DISABILITY PLAN |
| | |
| 13 | Timothy J. Fricker (SBN 183309) |
|    | frickertjf@aol.com |
| 14 | FRICKER & MELLEN & ASSOCIATES |
|    | 409 13th Street, 17th Floor |
| 15 | Oakland, CA 94612 |
|    | Telephone: (510) 663-8484 |
| 16 | Facsimile:  (510) 663-0639 |
| | |
| 17 | Attorneys for Plaintiff |
|    | MIKAEL TJUATJA |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKAEL TJUATJA, | Case No. C-08-0896-MMC |
| Plaintiff, | **JOINT STATUS REPORT**; ORDER THEREON |
| v. | Original Complaint Filed February 11, 2008 |
| CHI MANAGEMENT GROUP, L.P. SHORT AND LONG TERM DISABILITY PLAN, | Hon. Maxine M. Chesney |
| Defendants. | Date:  May 29, 2009 |
|  | Location:  Courtroom 7, 19th Floor |

Pursuant to the Court's May 8, 2009 Order, Defendants CHI Management Group, L.P. Short Term Disability Plan and CHI Management Group, L.P. Long Term Disability Plan, mis-named as

-1-

1  CHI Management Group, L.P. Short and Long Term Disability Plan ("Defendants") and Mikael
2  Tjuatja ("Plaintiff") (collectively "the Parties") respectfully submit the following Joint Status
3  Report:
4  　　　The Parties jointly agree that the Court should construe the Parties' respective motions for
5  summary judgment as motions for judgment pursuant to Rule 52.  Per the Court's instructions,
6  Defendants believe that supplemental briefing is necessary before the Court rules pursuant to Rule
7  52.  The Parties jointly propose the following supplemental briefing schedule:
8  　　　Defendants must file their brief in support of judgment in Defendants' favor on or before
9  June 22, 2009.
10  　　　Plaintiff must file his opposition to Defendants' brief on or before July 13, 2009.
11  　　　Defendants must file their reply to Plaintiff's opposition to Defendants' brief on or before
12  July 24, 2009.
13  　　　Plaintiff must file his sur-reply to Defendants' reply to Plaintiff's opposition to Defendants'
14  brief on or before August 6, 2009.

16  Dated:  May 29, 2009

By:  s/ Nancy L. Stagg
　　　Nancy L. Stagg (SBN 157034)
　　　stagg@fr.com
　　　FISH & RICHARDSON P.C.
　　　12390 El Camino Real
　　　San Diego, California 92130
　　　Telephone: (858) 678-4735
　　　Facsimile:  (858) 678-5099

　　　Attorney for Defendants CHI Management
　　　Group, L.P. Short Term Disability Plan
　　　and CHI Management Group, L.P. Long
　　　Term Disability Plan

Dated: May 29, 2009

By: s/ Timothy J. Fricker
Timothy J. Fricker (SBN 183309)
James G. Mellen (SBN 122035)
FRICKER & MELLEN & ASSOCIATES
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
Telephone: (510) 663-8484
Facsimile: (510) 663-0639

Attorneys for Plaintiff,
Mikael Tjuatja

I, Nancy L. Stagg, attest that concurrence in e-filing this Joint Status Report has been obtained from signatory Timothy J. Fricker.

Dated: May 29, 2009

By: s/ Nancy L. Stagg
Nancy L. Stagg (SBN 157034)

stagg@fr.com

## ORDER

The parties' proposed supplemental briefing schedule is hereby APPROVED.

Dated: June 1, 2009

United States District Judge