IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKAEL TJUATJA,<br><br>         Plaintiffs,<br>    v.<br><br>CHI MANAGEMENT GROUP, L.P. SHORT<br>AND LONG TERM DISABILITY PLAN,<br><br>         Defendants | No. C-08-0896 MMC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR UPDATE** |

The Court is in receipt of plaintiff Mikael Tjuatja's request, filed April 7, 2010,[1] regarding the status of the above-titled action.

The parties' respective motions for judgment stand under submission and, if the Court deems further argument necessary, the matter will be scheduled for a hearing.

**IT IS SO ORDERED.**

Dated: May 3, 2010

MAXINE M. CHESNEY
United States District Judge

---

[1] Plaintiff did not provide the Court with a chambers copy of his request. For future reference, plaintiff is reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"