**Fricker & Creech & Associates**
Timothy J. Fricker, Esq. 183309
Karen Creech, Esq. 168023
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
Tel: (510) 663-8484
Fax: (510) 663-0639

Attorneys for Plaintiff
Mikael Tjuatja

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKAEL TJUATJA, | Case No.: 08 - 0896 MMC |
| Plaintiff, | ORDER APPROVING |
| v. | **PLAINTIFF'S SUBSTITUTION OF ATTORNEY** |
| CHI MANAGEMENT GROUP, L.P. SHORT AND LONG TERM DISABILITY PLAN, | |
| Defendant. | |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT, Plaintiff MICHAEL TJUATJA, makes the following substitution:

1. Former Legal Representative:  Fricker & Mellen & Associates.

2. New Legal Representative:

    Fricker & Creech & Associates
    Timothy J. Fricker, Esq. 183309
    Karen Creech, Esq. 168023
    Tribune Tower
    409 13th Street, 17th Floor
    Oakland, CA 94612
    Tel: (510) 663-8484
    Fax: (510) 663-0639

3. The party seeking this substitution is the Plaintiff, MICHAEL TJUATJA.

Page 1

1  4. I consent to this substitution:

2  Michael Tjuatja:            /s/ Michael Tjuatja

3  5. I consent to this substitution:

4  Fricker & Mellen & Associates:        /s/ Timothy Fricker
   (Timothy Fricker)
5
   6. I consent to this substitution:
6
   Fricker & Creech & Associates:        /s/ Timothy Fricker
7  (Timothy Fricker)

8  Date:   October 21, 2010                    FRICKER & CREECH &

9                                              ASSOCIATES

12                                         By: /s/ T. J. Fricker

13                                         Attorneys for Plaintiff Michael Tjuatja

21     Dated: October 22, 2010

IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

28                                  Page 2